# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:  §
        §
Cosme C Velazquez   §   Case No. 11-19777
        §
        Debtor(s)   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_, for a total compensation of $ \_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_, and now requests reimbursement for expenses of $ \_\_\_\_, for total expenses of $ \_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DEBORAH M. GUTFELD_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-19777 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Cosme C Velazquez | | | | Date Filed (f) or Converted (c): | 05/10/2011 (f) |
| | | | | | 341(a) Meeting Date: | 06/17/2011 |
| For Period Ending: | 06/12/2013 | | | | Claims Bar Date: | 09/20/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-Family Home At 6613 West 59Th Street Chicago, Illinoi | 245,000.00 | 0.00 | | 0.00 | FA |
| 2. Condominium At 6620 West 64Th Place Unit 2E Chicago, Illinoi | 85,000.00 | 0.00 | | 0.00 | FA |
| 3. Misc Cash On Detor | 25.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account At Harris Bank Account No. 4805772050 | 338.00 | 0.00 | | 0.00 | FA |
| 5. Bank Of America Checking Account No. 00530143349 | 11.00 | 0.00 | | 0.00 | FA |
| 6. Ban Of America Savings Account No. | 5.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household Goods And Furnishings | 775.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Clothing No Single Item Worth Over $75.00 | 150.00 | 0.00 | | 0.00 | FA |
| 9. Smith & Wesson 9Mm Gun | 500.00 | 0.00 | | 0.00 | FA |
| 10. Glock Model 19 Mm | 300.00 | 0.00 | | 0.00 | FA |
| 11. City Of Chicago 457 (B) Plan | 25,908.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Honda Accord Vin 1Hgcg22561a009716 | 875.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Toyota Rav 4 Vin Jtmzd32v465032113 The Automobile Is Ne | 11,250.00 | 3,814.50 | | 5,880.00 | 684.50 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.24 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $370,137.00 | $3,814.50 | | $5,880.24 | $684.50 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is making installment payments to repurchase equity in 2005 Toyota. Trustee will prepare TFR after receipt of final installment payment.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-19777 | Trustee Name: | DEBORAH M. GUTFELD | |
| Case Name: | Cosme C Velazquez | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX6243 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9192 | Blanket Bond (per case limit): | $100,000.00 | |
| For Period Ending: | 06/12/2013 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx6374 | Transfer of Funds | 9999-000 | $4,883.34 | | $4,883.34 |
| 10/16/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.01 | $4,880.33 |
| 11/05/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.11 | $4,877.22 |
| 12/07/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.01 | $4,874.21 |
| 01/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.11 | $4,871.10 |
| 02/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,861.10 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,851.10 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,841.10 |
| 04/16/13 | 13 | Cosme C. Velazquez 6613 W. 59th St. Chicago, IL 60638 | 2005 Toyota | 1129-000 | $960.00 | | $5,801.10 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,791.10 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,843.34 | $52.24 |
| Less: Bank Transfers/CD's | $4,883.34 | $0.00 |
| Subtotal | $960.00 | $52.24 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $960.00 | $52.24 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Page Subtotals: $5,843.34    $52.24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-19777 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Cosme C Velazquez | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX6374 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX9192 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 06/12/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL  60638 | 2005 Toyota | 1129-000 | $150.00 | | $150.00 |
| 08/17/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL  60638 | 2005 Toyota | 1129-000 | $150.00 | | $300.00 |
| 09/19/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL  60638 | 2005 Toyota | 1129-000 | $150.00 | | $450.00 |
| 10/12/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL  60638 | 2005 Toyota | 1129-000 | $150.00 | | $600.00 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.67 | $599.33 |
| 11/08/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL  60638 | 2005 Toyota | 1129-000 | $450.00 | | $1,049.33 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,049.34 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.05 | $1,048.29 |
| 12/02/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL  60638 | 2005 Toyota | 1129-000 | $510.00 | | $1,558.29 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,558.30 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.80 | $1,556.50 |
| 01/25/12 | 13 | Cosme Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $2,036.50 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $2,036.51 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*        Page Subtotals:        $2,040.03        $3.52

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-19777 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Cosme C Velazquez | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6374 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX9192 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 06/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.08 | $2,034.43 |
| 02/21/12 | 13 | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $2,514.43 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,514.45 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.54 | $2,511.91 |
| 03/19/12 | 13 | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $2,991.91 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,991.93 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.27 | $2,988.66 |
| 04/18/12 | 13 | Cosme C Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $3,468.66 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.03 | | $3,468.69 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.95 | $3,464.74 |
| 05/16/12 | 13 | Cosme C Velazquez<br>6613 W 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $3,944.74 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,944.77 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.62 | $3,940.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **UST Form 101-7-TFR (5/1/2011)** *(Page: 7)* | | Page Subtotals: | | | $1,920.10 | $16.46 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-19777
Case Name: Cosme C Velazquez

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Bank of America
Account Number/CD#: XXXXXX6374
Money Market Account

Taxpayer ID No: XX-XXX9192
For Period Ending: 06/12/2013

Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/12 | 13 | Cosme C Velazquez<br>6613 W 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $4,420.15 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,420.18 |
| 06/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.86 | $4,415.32 |
| 07/16/12 | 13 | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $4,895.32 |
| 07/16/12 | | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-003 | $480.00 | | $5,375.32 |
| 07/17/12 | | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | Reversal<br>One payment received 7/16/12 - accidentally posted twice | 1129-003 | ($480.00) | | $4,895.32 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,895.36 |
| 07/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.05 | $4,889.31 |
| 08/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,889.35 |
| 08/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.01 | $4,883.34 |
| 08/31/12 | | Transfer to Acct # xxxxxx6243 | Transfer of Funds | 9999-000 | | $4,883.34 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,920.24 | $4,920.24 |
| Less: Bank Transfers/CD's | $0.00 | $4,883.34 |
| Subtotal | $4,920.24 | $36.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Page Subtotals: $960.11 $4,900.26

$4,920.24        $36.90

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX6243 - Checking | $960.00 | $52.24 | $5,791.10 |
| XXXXXX6374 - Money Market Account | $4,920.24 | $36.90 | $0.00 |
| | $5,880.24 | $89.14 | $5,791.10 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,880.24 |
| Total Gross Receipts: | $5,880.24 |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-19777  
Case Name: Cosme C Velazquez  
Trustee Name: DEBORAH M. GUTFELD  

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ | $ | $ |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Fia Card Services | $ | $ | $ |
| 2 | N. A. Fia Card Services | $ | $ | $ |
| 3 | N. A. Chase Bank Usa | $ | $ | $ |
| 4 | 6620 West 64Th Pl Condo Association | $ | $ | $ |
| 5 | Pyod Llc Its Successors And Assigns As Assignee Of | $ | $ | $ |
| 6 | Pyod Llc Its Successors And Assigns As Assignee Of | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE