# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
Cosme C Velazquez § Case No. 11-19777
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on Thursday, July 25, 2013, in courtroom 644 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/18/2013          By: Deborah M. Gutfeld
                                              Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
Cosme C Velazquez                     §    Case No. 11-19777
                                      §
            Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 5,880.24 |
| and approved disbursements of | $ 89.14 |
| leaving a balance on hand of[1] | $ 5,791.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,338.02 | $ 0.00 | $ 1,338.02 |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ 561.00 | $ 0.00 | $ 561.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,899.02 |
| Remaining Balance | $ 3,892.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,268.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Fia Card Services | $ 7,215.03 | $ 0.00 | $ 1,206.84 |
| 2 | N. A. Fia Card Services | $ 5,574.15 | $ 0.00 | $ 932.37 |
| 3 | N. A. Chase Bank Usa | $ 2,852.24 | $ 0.00 | $ 477.09 |
| 4 | 6620 West 64Th Pl Condo Association | $ 1,200.00 | $ 0.00 | $ 200.72 |
| 5 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 3,807.47 | $ 0.00 | $ 636.87 |
| 6 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 2,619.74 | $ 0.00 | $ 438.19 |

Total to be paid to timely general unsecured creditors   $   3,892.08

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

       Prepared By: Deborah M. Gutfeld
             Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-19777-PSH
Cosme C Velazquez Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: wepps     Page 1 of 2     Date Rcvd: Jun 20, 2013
                 Form ID: pdf006     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2013.

```
db          +Cosme C Velazquez,    6613 West 59th Street,    Chicago, IL 60638-3317
aty         +Neal Gerber & Eisenberg LLP,    Neal Gerber & Eisenberg LLP,    Two North Lasalle Street Ste 2200,
              Chicago, IL 60602-3963
17252323    +6620 West 64th Pl Condo Association,    C/O Sharon miles Treasurer,    Chicago, IL 60638-4937
17252324    +America's Servicing Co,    PO Box 1820,    Newark, NJ 07101-1820
17252326    +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
17252325    +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
17252327    +Bank of America Home Loans,    PO 26078,    Greensboro, NC 27420-6078
17560590     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17252328    +Citi Cards,    PO Box 142319,    Irving, TX 75014-2319
17252329    +Citi Mastercard,    PO Box 653054,    Dallas, TX 75265-3054
17477897     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17252330    +FREEDMAN ANSELMO LINDBERG,    1807 W DIEHL,    PO Box 3107,    Naperville, IL 60566-7107
17252331    +Slate - Chase,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
17252332    +Susanna Velazquez,    6613 West 59th Street,    Chicago, IL 60638-3317
17252333   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO BOX 8026,    Cedar Rapids, IA 52409)
17252334    +Wells Fargo Bank NA,    PO Box 3117,    Winston Salem, NC 27102-3117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17696437    +E-mail/Text: resurgentbknotifications@resurgent.com Jun 21 2013 00:21:33
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: wepps              Page 2 of 2              Date Rcvd: Jun 20, 2013
                               Form ID: pdf006          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2013 at the address(es) listed below:
          Clay  Mosberg    on behalf of Creditor    US Bank National Association.... cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
           dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          Kevin G Schneider    on behalf of Trustee Deborah Michelle Gutfeld kschneider@ngelaw.com,
           ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
          Michael J. Laird    on behalf of Debtor Cosme C Velazquez mikejlaird@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                       TOTAL: 5