UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
Cosme C Velazquez                     §    Case No. 11-19777
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/DEBORAH M. GUTFELD _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | America's Servicing Co PO Box 1820 Newark, NJ 07101 |  |  |  |  |  |
|  | Bank of America Home Loans PO 26078 Greensboro, NC 27420 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services PO BOX 8026 Cedar Rapids, IA 52409 | | | | | |
| | Wells Fargo Bank NA PO Box 3117 Winston Salem, NC 27102 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Associated Bank | | | | | |
| Bank of America | | | | | |
| Neal Gerber & Eisenberg LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6620 West 64th Pl Condo Association C/O Sharon miles Treasurer Chicago, IL 60638 | | | | | |
| | Bank of America PO Box 15019 Wilmington, DE 19886 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285 | | | | | |
| | Citi Cards PO Box 142319 Irving, TX 75014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mastercard PO Box 653054 Dallas, TX 75265 | | | | | |
| | Slate - Chase Cardmember Services PO Box 15153 Wilmington, DE 19886 | | | | | |
| 4 | 6620 West 64Th Pl Condo Association | | | | | |
| 3 | N. A. Chase Bank Usa | | | | | |
| 1 | N. A. Fia Card Services | | | | | |
| 2 | N. A. Fia Card Services | | | | | |
| 5 | Pyod Llc Its Successors And Assigns As Assignee Of | | | | | |
| 6 | Pyod Llc Its Successors And Assigns As Assignee Of | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-19777 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | DEBORAH M. GUTFELD |

Case Name: Cosme C Velazquez

Date Filed (f) or Converted (c): 05/10/2011 (f)
341(a) Meeting Date: 06/17/2011

For Period Ending: 12/27/2013

Claims Bar Date: 09/20/2011

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-Family Home At 6613 West 59Th Street Chicago, Illinoi | 245,000.00 | 0.00 | | 0.00 | FA |
| 2. Condominium At 6620 West 64Th Place Unit 2E Chicago, Illinoi | 85,000.00 | 0.00 | | 0.00 | FA |
| 3. Misc Cash On Detor | 25.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account At Harris Bank Account No. 4805772050 | 338.00 | 0.00 | | 0.00 | FA |
| 5. Bank Of America Checking Account No. 00530143349 | 11.00 | 0.00 | | 0.00 | FA |
| 6. Ban Of America Savings Account No. | 5.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household Goods And Furnishings | 775.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Clothing No Single Item Worth Over $75.00 | 150.00 | 0.00 | | 0.00 | FA |
| 9. Smith & Wesson 9Mm Gun | 500.00 | 0.00 | | 0.00 | FA |
| 10. Glock Model 19 Mm | 300.00 | 0.00 | | 0.00 | FA |
| 11. City Of Chicago 457 (B) Plan | 25,908.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Honda Accord Vin 1Hgcg22561a009716 | 875.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Toyota Rav 4 Vin Jtmzd32v465032113 The Automobile Is Ne | 11,250.00 | 3,814.50 | | 5,880.00 | 684.50 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.24 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $370,137.00 | $3,814.50 | | $5,880.24 | $684.50 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Approval of TFR pending. Case to be closed after clearance of disbursement checks.

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-19777 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Cosme C Velazquez | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6243 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9192 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 12/27/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx6374 | Transfer of Funds | 9999-000 | $4,883.34 | | $4,883.34 |
| 10/16/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.01 | $4,880.33 |
| 11/05/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.11 | $4,877.22 |
| 12/07/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.01 | $4,874.21 |
| 01/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.11 | $4,871.10 |
| 02/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,861.10 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,851.10 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,841.10 |
| 04/16/13 | 13 | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $960.00 | | $5,801.10 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,791.10 |
| 07/31/13 | 1001 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,338.02 | $4,453.08 |
| 07/31/13 | 1002 | Neal Gerber & Eisenberg LLP<br>2 North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $561.00 | $3,892.08 |

Page Subtotals: $5,843.34    $1,951.26

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-19777  
Case Name: Cosme C Velazquez  
Taxpayer ID No: XX-XXX9192  
For Period Ending: 12/27/2013  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6243  
Checking  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/13 | 1003 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Distribution | | | $2,139.21 | $1,752.87 |
| | | N. A. Fia Card Services | Final distribution to claim 1  ($1,206.84)<br>representing a payment of 16.73<br>% per court order. | 7100-000 | | | |
| | | N. A. Fia Card Services | Final distribution to claim 2  ($932.37)<br>representing a payment of 16.73<br>% per court order. | 7100-000 | | | |
| 07/31/13 | 1004 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 3<br>representing a payment of 16.73<br>% per court order. | 7100-000 | | $477.09 | $1,275.78 |
| 07/31/13 | 1005 | 6620 West 64Th Pl Condo Association<br>C/O Sharon Miles Treasurer<br>Chicago, Il 60638 | Final distribution to claim 4<br>representing a payment of 16.73<br>% per court order. | 7100-000 | | $200.72 | $1,075.06 |
| 07/31/13 | 1006 | Pyod Llc Its Successors And Assigns As Assignee Of<br>Citibank, Na<br>C/O Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602- | Distribution | | | $1,075.06 | $0.00 |
| | | Pyod Llc Its Successors And Assigns As Assignee Of | Final distribution to claim 5  ($636.87)<br>representing a payment of 16.73<br>% per court order. | 7100-000 | | | |
| | | Pyod Llc Its Successors And Assigns As Assignee Of | Final distribution to claim 6  ($438.19)<br>representing a payment of 16.73<br>% per court order. | 7100-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,843.34 | $5,843.34 |
| Less: Bank Transfers/CD's | $4,883.34 | $0.00 |
| Subtotal | $960.00 | $5,843.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $960.00 | $5,843.34 |

Page Subtotals: $0.00  $3,892.08

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-19777  
Case Name: Cosme C Velazquez  
Taxpayer ID No: XX-XXX9192  
For Period Ending: 12/27/2013  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX6374  
Money Market Account  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL 60638 | 2005 Toyota | 1129-000 | $150.00 | | $150.00 |
| 08/17/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL 60638 | 2005 Toyota | 1129-000 | $150.00 | | $300.00 |
| 09/19/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL 60638 | 2005 Toyota | 1129-000 | $150.00 | | $450.00 |
| 10/12/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL 60638 | 2005 Toyota | 1129-000 | $150.00 | | $600.00 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.67 | $599.33 |
| 11/08/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL 60638 | 2005 Toyota | 1129-000 | $450.00 | | $1,049.33 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,049.34 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.05 | $1,048.29 |
| 12/02/11 | 13 | Cosme C Velazquez<br>6613 WEST 59TH STREET<br>CHICAGO, IL 60638 | 2005 Toyota | 1129-000 | $510.00 | | $1,558.29 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,558.30 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.80 | $1,556.50 |
| 01/25/12 | 13 | Cosme Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $2,036.50 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $2,036.51 |

Page Subtotals: $2,040.03    $3.52

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-19777 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Cosme C Velazquez | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX6374 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX9192 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 12/27/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.08 | $2,034.43 |
| 02/21/12 | 13 | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $2,514.43 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,514.45 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.54 | $2,511.91 |
| 03/19/12 | 13 | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $2,991.91 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,991.93 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.27 | $2,988.66 |
| 04/18/12 | 13 | Cosme C Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $3,468.66 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.03 | | $3,468.69 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.95 | $3,464.74 |
| 05/16/12 | 13 | Cosme C Velazquez<br>6613 W 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $3,944.74 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,944.77 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.62 | $3,940.15 |

Page Subtotals: $1,920.10 $16.46

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-19777  
Case Name: Cosme C Velazquez  
Taxpayer ID No: XX-XXX9192  
For Period Ending: 12/27/2013  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX6374  
Money Market Account  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/12 | 13 | Cosme C Velazquez<br>6613 W 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $4,420.15 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,420.18 |
| 06/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.86 | $4,415.32 |
| 07/16/12 | 13 | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-000 | $480.00 | | $4,895.32 |
| 07/16/12 | | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | 2005 Toyota | 1129-003 | $480.00 | | $5,375.32 |
| 07/17/12 | | Cosme C. Velazquez<br>6613 W. 59th St.<br>Chicago, IL 60638 | Reversal<br>One payment received 7/16/12 - accidentally posted twice | 1129-003 | ($480.00) | | $4,895.32 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,895.36 |
| 07/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.05 | $4,889.31 |
| 08/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,889.35 |
| 08/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.01 | $4,883.34 |
| 08/31/12 | | Transfer to Acct # xxxxxx6243 | Transfer of Funds | 9999-000 | | $4,883.34 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $4,920.24 | $4,920.24 |
| Less: Bank Transfers/CD's | $0.00 | $4,883.34 |
| Subtotal | $4,920.24 | $36.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $960.11 | $4,900.26 |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Net $4,920.24     $36.90

Exhibit 9

Page Subtotals: $0.00     $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX6243 - Checking | $960.00 | $5,843.34 | $0.00 |
| XXXXXX6374 - Money Market Account | $4,920.24 | $36.90 | $0.00 |
|  | $5,880.24 | $5,880.24 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,880.24 |
| Total Gross Receipts: | $5,880.24 |

Page Subtotals:  $0.00    $0.00